1  ROBERT J. CALDWELL, ESQ.
   Nevada Bar No. 007637
2  MATTHEW J. CHRISTIAN, ESQ.
   Nevada Bar No. 008024
3  WILLIAM D. SCHULLER, ESQ.
   Nevada Bar No. 011271
4  **KOLESAR & LEATHAM**
   400 South Rampart Boulevard, Suite 400
5  Las Vegas, Nevada 89145
   Telephone: (702) 362-7800
6  Facsimile: (702) 362-9472
   E-Mail:   rcaldwell@klnevada.com
7             mchristian@klnevada.com
             wschuller@klnevada.com
8
   Attorneys for Defendants, GMAC MORTGAGE,
9  LLC, incorrectly sued as GMAC MORTGAGE;
   DEUTSCHE BANK TRUST COMPANY
10 AMERICAS; RESIDENTIAL FUNDING
   COMPANY, LLC; EXECUTIVE TRUSTEE
11 SERVICES, LLC

12

13

14

15                    UNITED STATES DISTRICT COURT

16                          DISTRICT OF NEVADA

17                                 * * *

18 | MARK TRAVIS WYMAN; and KRISTA MICHELLE WYMAN, | CASE NO. 3:12-cv-00007-ECR-WGC |
|---|---|
| Plaintiffs, | ORDER TO WITHDRAW PETITION FOR REMOVAL [DOC. 1] MISTAKENLY FILED ON BEHALF OF DEFENDANT FANNIE MAE/FREDDIE MAC |
| vs. | |
| FIRST MAGNUS FINANCIAL CORPORATION; GMAC MORTGAGE; DEUTSCHE BANK TRUST COMPANY AMERICAS; RESIDENTIAL FUNDING COMPANY, LLC; EXECUTIVE TRUSTEE SERVICES, LLC; FANNIE MAE/FREDDIE MAC; CEREBRUS CAPITAL MANAGEMENT; LSI TITLE CO., INC.; DEPARTMENT OF TREASURY a/k/a INTERNATIONAL MONETARY FUND, | |
| Defendants. | |

1090894.doc (7705-12)                  Page 1 of 2

On January 5, 2012, a Petition for Removal [Doc. 1] was filed on behalf of Defendants, GMAC MORTGAGE, LLC, incorrectly sued as GMAC MORTGAGE ("GMAC"); DEUTSCHE BANK TRUST COMPANY AMERICAS ("DEUTSCHE"); RESIDENTIAL FUNDING COMPANY, LLC ("RFC"); EXECUTIVE TRUSTEE SERVICES ("ETS"), LLC; and FANNIE MAE, incorrectly sued as FANNIE MAE/FREDDIE MAC ("FANNIE MAE"). The foregoing document was filed in error as Kolesar & Leatham, Chtd. does not represent FANNIE MAE in this matter. On January 10, 2012, an Amended Petition for Removal [Doc. 2] was filed on behalf of Defendants GMAC; DEUTSCHE; RFC; and ETS.

At the request of filing Counsel, the Petition for Removal [Doc. 1] is hereby deemed withdrawn. Robert J. Caldwell, Esq., Matthew J. Christian, Esq., William D. Schuller, Esq., and the law firm of Kolesar & Leatham, Chtd. are hereby deemed to have withdrawn as counsel as to Defendant FANNIE MAE only.

DATED this 23rd day of January, 2012.

_____
EDWARD C. REED
U.S. DISTRICT JUDGE

Respectfully submitted by:

**KOLESAR & LEATHAM**

By _____
ROBERT J. CALDWELL, ESQ.
Nevada Bar No. 007637
MATTHEW J. CHRISTIAN, ESQ.
Nevada Bar No. 008024
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 011271
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

Attorneys for Defendants, GMAC MORTGAGE, LLC, incorrectly sued as GMAC MORTGAGE; DEUTSCHE BANK TRUST COMPANY AMERICAS; RESIDENTIAL FUNDING COMPANY, LLC; and EXECUTIVE TRUSTEE SERVICES, LLC