1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7

8

9

10

11

12

MARK TRAVIS WYMAN et al.,

            Plaintiffs,

      vs.

FIRST MAGNUS FINANCIAL
CORPORATION et al.,

            Defendants.

3:12-cv-00007-RCJ-WGC

**ORDER**

13        This case arises out of a quiet title action alleging that Defendants wrongfully foreclosed

14   on Plaintiffs' home. In accordance with the Judgment dismissing Plaintiffs' Complaint with

15   prejudice, entered on July 17, 2012 (ECF No. 72), and pursuant to Defendant Deutsche Bank

16   Trust Company Americas' ("Deutsche Bank") Ex Parte Motion to Expunge Lis Pendens (ECF

17   No. 75), the Court finds that Defendants are entitled to an order expunging the lis pendens filed

18   against the property which was the subject of this action.

19        Plaintiffs filed the instant lawsuit and recorded a Notice of Pendency of Action ("Lis

20   Pendens") on December 19, 2011. The Lis Pendens was recorded as Douglas County Recorder

21   Document Number 0794506, relating to this action and the real property that was the subject of

22   this action, located at 196 Taylor Creek Road, Gardnerville, Nevada 89460, and more

23   particularly described as follows:

24        Lot 18 as set forth on Final Subdivision Map PD #01-017 for TAYLOR CREEK
          ESTATES, filed for record in the Office of the County Recorder of Douglas

County, State of Nevada on April 26, 2002, in Book 0402, at Page 8620, as Document No. 540786.

Douglas County Assessor's Parcel No. 1219-04-001-017.

Plaintiffs' action was dismissed with prejudice on July 17, 2012. Since that time, Plaintiffs have made no further motions and no notice of appeal has been filed. Therefore, Deutsche Bank is entitled to an order of expungement.

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Expunge Lis Pendens (#75) is GRANTED.

IT IS FURTHER ORDERED that the Lis Pendens is cancelled, and this cancellation shall have the effect of an expungement, and the Lis Pendens shall from this day forward have no force or effect.

IT IS FURTHER ORDERED that Plaintiffs shall record a certified copy of this Order (or other appropriate notice) canceling the Lis Pendens, with the Douglas County Recorder's Office within ten (10) business days of its entry, and if there is a failure to do so, any party may record a certified copy of this Order.

IT IS SO ORDERED.
DATED: This 18th day of October, 2016.

_____
ROBERT C. JONES
United States District Judge